Decided May 2, 1996

STATE OF CONNECTICUT *v.* REYNALDO CRUZ

The defendant's petition for certification for appeal from the Appellate Court, 40 Conn. App. 515 (AC 13452), is denied.

*Neal Cone,* assistant public defender, in support of the petition.

*Mary H. Lesser,* assistant state's attorney, in opposition.

Decided May 2, 1996